RUSSELL THAYER, Appellant, *v.* GRANT B. SCHLEY et al., Respondents.

*Thayer* v. *Schley,* 146 App. Div. 956, affirmed.
(Argued November 24, 1913; decided December 9, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1911, affirming a judgment in favor

of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action for deceit.

*A. L. Everett* and *Joseph H. Choate, Jr.*, for appellant.

*Julius F. Workum* and *Seney Plummer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J. Absent: WERNER, J.